UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20363-CIV-UNGARO

TIASHANA JONES, *et al.,*

    Plaintiffs,

v.

EDUCATION AFFILIATES, *et al.*,

    Defendants.

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Joint Stipulation for Remand. (D.E. 8.)

THE COURT has reviewed the Notice and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of February, 2012.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record